NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WRIGHT MANUFACTURING, INC.,**
*Appellant*

**v.**

**THE TORO COMPANY,**
*Appellee*

---

2014-1534, 2014-1558

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,741, 95/001,442.

---

**JUDGMENT**

---

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellant.

RACHEL C. HUGHEY, Merchant & Gould P.C., Minneapolis, MN, argued for appellee. Also represented by ANTHONY RICHARD ZEULI, KATHERINE E. MULLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2015                                  /s/   Daniel   E.   O'Toole
Date                                            Daniel E. O'Toole
                                                Clerk of Court